

DONALD W. FITZGERALD, State Bar No. 095348
JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
dfitzgerald@ffwplaw.com
jrios@ffwplaw.com

Attorneys for the Chapter 11 Trustee, Steven L. Victor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>KOBRA PROPERTIES, a California general partnership et al.,[1]<br><br>Debtors. | CASE NO.: 08-37271-C-11<br><br>Chapter 11<br><br>Jointly Administered<br><br>DCN: FWP-40<br><br>Date: March 17, 2010<br>Time: 11:00 a.m.<br>Judge: Honorable Christopher Klein<br>Courtroom: 35, Department C |

### ORDER GRANTING IN PART AND CONTINUING IN PART CHAPTER 11 TRUSTEE'S MOTION TO ABANDON CERTAIN REAL PROPERTIES

The hearing on the Chapter 11 Trustee's Motion to Abandon Certain Real Properties (the "Motion"), came on for hearing on March 17, 2010, at 11:00 a.m. in Courtroom 35 of the above-entitled court, the Honorable Christopher M. Klein presiding. Donald W. Fitzgerald of Felderstein Fitzgerald Willoughby & Pascuzzi LLP appeared for Steven L. Victor, Chapter 11 Trustee (the "Trustee"). Other appearances were noted on the record. No objections were made to the Motion. The Trustee requested that the Motion be continued as to four of the real properties that are the subject of the Motion. Upon consideration of the Motion, pleadings and evidence

---

[1] The "Debtors" are Kobra Properties, a California general partnership, Kobra Preserve, LLC, a California limited liability company, Vernon Street Associates, LLC, a California limited liability company, and Rocky Ridge Center, a California limited liability company.

-1-

ORDER GRANTING MOTION
TO ABANDON REAL PROPERTY

RECEIVED
March 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002498266

submitted in support of the Motion, and arguments presented at the hearing, and the Court finding that notice of the Motion was sufficient under the circumstances and that no further notice need be provided, and the court having made its findings of fact and conclusions of law on the record,

**IT IS HEREBY ORDERED**

1. The Motion is granted in part and continued in part;

2. The Chapter 11 Trustee, Steven L. Victor, is authorized to abandon effective as of the date of this Order, and entry of this Order constitutes abandonment effective as of the date this Order, all of the estate's interest in twelve real properties more specifically described as follows: (1) Cena di Mare, located at 1535 Eureka Rd, Roseville, CA (APN: 048-010-069); (2) Sonic Woodland, located at 1580 East Main St, Woodland, CA (APN: 066-040-022); (3) Buca di Beppo, located at 1249 Howe Ave, Sacramento, CA (APN: 285-0160-020); (4) Coral Business Center, located at Gateway Park & Truxel, Sacramento, CA (APN: 225-0160-094); (5) Barringer Ranch, located at Barringer Ranch, Lincoln, CA (APN: 018-120-018,019); (6) 1580 Lees Lane (Vista Ciello V), located at 1580 Lees Lane, Newcastle, CA (APN: 042-041-023); (7) Sunset & Lonetree, located at 1050 Sunset Blvd, Rocklin, CA (APN: 017-284-001); (8) TGIF Vacaville, located at Harbison Dr & Nut Tree Pkwy, Vacaville, CA (APN: 0131-420-250); (9) Placerville TGIF, located at 3963 Missouri Flat Rd #C, Placerville, CA (APN: 327-130-53-100); (10) 4470 Rocklin Rd, located at 4470 Rocklin Rd, Rocklin, CA (APN: 045-110-062); (11) Jack in the Box #5379, located at Herndon Ave, Fresno, CA (APN: 507-020-38S); and (12) Jack in the Box #3401, located at 3040 Sunrise Blvd, Rancho Cordova, CA (APN: 072-0260-043);

3. The hearing is continued to <u>April 14, 2010 at 1:30 p.m.</u> with respect to the relief requested in the Motion as to the following described real properties:(1) Laguna Creek/Laguna Creek Ph. II (incl LAGCR2), located at Laguna Blvd/Bruceville Rd, Elk Grove, CA (APN: 116-1380-002 to 006-008-009 and 116-0011-020,021); (2) Jack in the Box #4372, located at 40070 Hwy 49, Oakhurst, CA 93644 (APN: 064-070-091); (3) Jack in the Box #4323, located at 7807 Sunrise Blvd, Citrus Heights, CA (APN: 216-0270-053); and (4) Jack in the Box #570, located at 1923 Douglas Blvd, Roseville, CA (APN: 048-520-011);

| | |
|---|---|
| 1 | <u>APPROVED AS TO FORM</u>: |
| 2 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 3 | |
| 4 | By: <u>  /s/ Robert Gebhard  </u><br>Robert Gebhard<br>Attorneys for First Tennessee Bank |

Dated: March 22, 2010

_____
United States Bankruptcy Judge

ORDER GRANTING MOTION
TO ABANDON REAL PROPERTY