# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

**Case Title :**     Kobra Properties     **Case No :**   **08–37271 – C – 11**
    **Date :**     6/12/13
    **Time :**     10:00

**Matter :**     [3630] – Motion for Relief from Automatic Stay [RKP–1] Filed by Creditor Joseph Mohamed Sr. (Fee Paid $176) (mgrs)
[3630] – Motion/Application to Compel Abandonment [RKP–1] Filed by Creditor Joseph Mohamed Sr. (Fee Paid $176) (mgrs) (Entered on 5/13/2013)
[3630] – Motion/Application for Order Finding that the Subject Property is Not Property of the Estate [RKP–1] Filed by Creditor Joseph Mohamed Sr. (mgrs)

**Judge :**     Christopher M. Klein
**Courtroom Deputy :**     Danielle Hendricks
**Reporter :**     Diamond Reporters
**Department :**     C

---

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – James Falcone
**Respondent(s) :**
    Trustee's Attorney – Jason Rios
    Creditor's Attorney – Thomas Phinney, Kenneth Russak (by phone)

---

HEARING CONTINUED TO: 6/26/13 at 10:00 AM