# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Kobra Properties | **Case No :** | 08–37271 – C – 11 |
| | | **Date :** | 6/26/13 |
| | | **Time :** | 10:00 |

**Matter :** [3630] – Motion for Relief from Automatic Stay [RKP–1] Filed by Creditor Joseph Mohamed Sr. (Fee Paid $176) (mgrs)
[3630] – Motion/Application to Compel Abandonment [RKP–1] Filed by Creditor Joseph Mohamed Sr. (Fee Paid $176) (mgrs) (Entered on 5/13/2013)
[3630] – Motion/Application for Order Finding that the Subject Property is Not Property of the Estate [RKP–1] Filed by Creditor Joseph Mohamed Sr. (mgrs)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – James Falcone
**Respondent(s) :**
    Trustee's Attorney – Jason Rios
    Creditor's Attorney – Thomas Phinney

HEARING CONTINUED TO: 7/31/13 at 10:00 AM