# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title :**        Kobra Properties              **Case No :**  **08–37271 – C – 11**
                                                      **Date :**        8/6/13
                                                      **Time :**        10:00

**Matter :**            [3649] – Motion/Application for Final Decree
                        and Order Closing Case [FWP–124] Filed by
                        Trustee Steven L. Victor (mgrs)

**Judge :**             Christopher M. Klein
**Courtroom Deputy :**  Danielle Hendricks
**Reporter :**          Diamond Reporters
**Department :**        C

---

**APPEARANCES for :**
**Movant(s) :**
            Trustee's Attorney – Donald W. Fitzgerald
**Respondent(s) :**
(by phone)  Creditor's Attorney – Thomas Phinney
            Interested Party – Joseph Mohammed, Steven Victor – phone

---

MOTION was :
Findings of fact/conclusions of law stated orally on record
Granted


ORDER TO BE PREPARED BY :        Don Fitzgerald